UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDANA PAULINE THOMAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CASE NO. EDCV 13-597-GAF (AGR)<br><br>ORDER TO SHOW CAUSE |

　　　　Pursuant to this Court's Order of April 15, 2013, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph I of the Court's Order within thirty 120 days of the filing on the complaint, i.e., by August 13, 2013.  The Court's Order warned Plaintiff that failure to comply "may result in the dismissal of this case." To date, the Proof of Service has not been filed with the Court.

　　　　Accordingly, **no later than September 19, 2013, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute.  Filing of the Proof of Service on or before **September 19, 2013**, shall be deemed compliance with this Order to Show Cause.

DATED: August 19, 2013

　　　　　　　　　　　　　　　　　　　　　　／s／ Alicia G. Rosenberg
　　　　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE