UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERDANA PAULINE THOMAS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. EDCV 13-597-GAF (AGR)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

    Pursuant to this court's Order Re: Further Proceedings dated April 15, 2013, Plaintiff's motion for summary judgment, and points and authorities in support of the relief requested, was to be filed and served no later than 30 days after the Answer and Certified Administrative Record were filed. (Dkt. No. 6 at 2.) The Answer and Certified Administrative Record were filed on November 22, 2013. (Dkt. Nos. 13-15.) Accordingly, Plaintiff's motion for summary judgment should have been filed and served 30 days later on December 23, 2013.

    To date, Plaintiff has not filed a motion for summary judgment. Accordingly, **no later than February 26, 2014, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and to abide by court orders. Filing of Plaintiff's motion for summary judgment on or before February 26, 2014, shall be deemed compliance with this Order to Show Cause.

If Plaintiff does not file a motion for summary judgment or timely respond to this order to show cause on or before February 26, 2014, this court will recommend dismissal without prejudice for failure to prosecute and/or failure to follow court orders.

DATED: January 27, 2014

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE